UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

KONRAD BICHER,

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

22 -MG-5371    ( )( )

Defendant __KONRAD BICHER__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

X  Initial Appearance Before a Judicial Officer

___  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

s/ Konrad Bicher/otw
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

KONRAD BICHER
Print Defendant's Name

s/ Howard Schumacher/oai
Defendant's Counsel's Signature
s/ Dan Rosenberg/otw

HOWARD SCHUMACHER / DAN ROSENBERG
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

~~June~~ July 20, 2022
Date

Ona T. Wang
United States Magistrate Judge